**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GLENN JOHNSON,

                                Plaintiff,                           <u>**ORDER**</u>

            -against-

                                               **24-CV-3173 (RA) (JW)**

THE CITY OF NEW YORK, et al.,

                             Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 9, 2025, this Court held an initial case management conference and the following discovery deadlines were set:

- Initial document requests are due August 22, 2025.

- Responses to document requests are due September 22, 2025.

- Subpoenas requesting documents from third-parties are due September 22, 2025.

- Depositions shall be completed by November 6, 2025.

- All discovery shall be completed by November 6, 2025.

In addition to discovery deadlines, the Parties also agreed to participate in a Court assisted settlement conference on **October 9, 2025, at 11:00 AM** via Microsoft Teams. This Court will enter a separate settlement order and an order to produce Plaintiff for a video conference to ensure Clinton Correctional Facility coordinates Plaintiff's appearance at the settlement conference. This Court will also enter a separate order to produce Plaintiff for a telephone conference on **August 5, 2025, at**

**2:30 PM.**  On that date, the Parties shall dial +1 646-453-4442 and enter passcode: 316218392#

During the conference, counsel for Defendant the City of New York informed the Court that Defendant the City of New York had not been served, but it wishes to waive service and file a response to Plaintiff's complaint.  That request is GRANTED and Defendant the City of New York's answer is due **July 25, 2025.**  Defendants are also directed to order a copy of the transcript and mail a copy to Plaintiff.

**The Clerk of Court is respectfully requested to send copy of this order to: Glenn Johnson, 23B3958, Clinton Correctional Facility, P.O Box 2000, Dannemora, NY 12929.**

SO ORDERED.

DATED:      New York, New York
            July 9, 2025

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge

2