UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLENN JOHNSON,

                            Plaintiff(s),

              -against-

CITY OF NEW YORK *et al.*,

                            Defendant(s).

24-CV-3173 (RA) (JW)

**ORDER**

**Jennifer E. Willis, United States Magistrate Judge:**

On January 12, 2026, the Court granted Mr. Johnson pro bono counsel for the limited purpose of assisting Plaintiff in understanding the terms of the proposed settlement in the above-captioned action.  See Dkt. No. 31.

On January 28, 2026, the Office of Pro Se Litigation notified the Court that pro bono counsel Robert Erlanger was available to advise Mr. Johnson on the terms of the proposed settlement during the February 3rd conference.

The Court orders the following:

- Counselor Erlanger is to file a Notice of Limited Appearance as Pro Bono Counsel by **January 30, 2026**.

- Defense counsel is directed to email Counselor Erlanger a copy of the proposed settlement agreement at rke@erlangerlaw.com by **12:00 PM on January 30, 2026**.

- Counselor Erlanger and Mr. Johnson will have the first 30 minutes of the 10:30 AM February 3rd conference to meet regarding the terms of the proposed settlement agreement.  The Court and defense counsel

will then log onto the same Teams link at 11:00 AM.  In the event

Counselor Erlanger and Mr. Johnson need more time to discuss, they

are to email the Court and defense counsel at

WillisNYSDChambers@nysd.uscourts.gov and msaleemi@law.nyc.gov.

- The Court will send Counselor Erlanger a copy of the Teams link ahead

   of the February 3rd conference.

SO ORDERED.

Dated:   January 28, 2026
            New York, New York

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2