UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLENN JOHNSON,

Plaintiff(s),

-against-

CITY OF NEW YORK *et al.*,

Defendant(s).

24-CV-3173 (RA) (JW)

**ORDER**

**Jennifer E. Willis, United States Magistrate Judge:**

On February 3, 2026, the parties appeared for a follow up settlement conference. It is the Court's understanding that the parties have settled the case. Defendants are directed to provide the Court with an update on whether the appropriate documentation and signatures have been received, and whether the settlement has been paid to Mr. Johnson by **July 15, 2026** via email.

SO ORDERED.

Dated: July 8, 2026
New York, New York

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge